UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ANTHONY BARONE, JR.; NICHOLAS ALLEN SARNELLI,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS WESTERN AREA FIDUCIARY HUB; FRANKO FRITZ; JACQUELYN ROULEAU, JOE MANOS (NEVADA FIRST FIDUCIARIES); JERRY QUALLS (QUALIFIED LLC); JOHN-JANE DOES 1-10;<br><br>　　　　　　　Defendants. | CASE NO. 2:11-cv-01235-LRH-RJJ<br><br>ORDER |

　　　Before the court is Plaintiffs' Motion to Dismiss Without Prejudice (#6[1]), filed October 26, 2011.  Good cause appearing,

　　　IT IS HEREBY ORDERED that Plaintiffs' Motion to Dismiss Without Prejudice (#6) is GRANTED.  This action is DISMISSED without prejudice.

　　　IT IS SO ORDERED.

　　　DATED this 23rd day of January, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docket number.