UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| ANTHONY BARONE, JR.; NICHOLAS ALLEN SARNELLI, | CASE NO. 2:11-cv-01235-LRH-RJJ |
| Plaintiffs, | ORDER |
| vs. | |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS WESTERN AREA FIDUCIARY HUB; FRANKO FRITZ; JACQUELYN ROULEAU, JOE MANOS (NEVADA FIRST FIDUCIARIES); JERRY QUALLS (QUALIFIED LLC); JOHN-JANE DOES 1-10; | |
| Defendants. | |

Before the court is Plaintiffs' Motion to Dismiss Without Prejudice (#6[1]), filed October 26, 2011. Good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Dismiss Without Prejudice (#6) is GRANTED. This action is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 23rd day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docket number.